UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES WON, dba TAPIOCA EXPRESS,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM FIRE AND CASUALTY COMPANY, a foreign company,<br><br>Defendant. | No. 2:24-cv-00507-RSL<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE FOR EXPERT DEPOSITION** |

This matter came before the above-entitled Court upon the parties' Joint Stipulated Motion to Extend Deadline for Expert Deposition. The Court has reviewed the records and files herein, and for good cause shown, IT IS HEREBY ORDERED that:

1. The Joint Stipulated Motion to Extend Deadline for Expert Deposition is GRANTED.

2. The remaining pretrial deadlines are as follows:

| Case Event | Current Deadline |
|---|---|
| **Jury Trial begins** | February 2, 2026 |

Order Granting Stipulated Motion To Extend
Deadline for Expert Deposition – 1
Case No.: 2:24-cv-00507-RSL

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
401 UNION STREET • SUITE 1400
SEATTLE, WASHINGTON 98101
(206) 689-8500 • (206) 689-8501 FAX

4905-3606-4364, v. 1

| | |
|---|---|
| Length of trial | 5-7 days |
| Discovery completed by | October 5, 2025 |
| Settlement conference held no later than | October 19, 2025 |
| All dispositive motions must be filed by and noted on the motion calendar for no earlier than twenty-eight days after filing (see LCR7(d)(4)) | November 4, 2025 |
| All motions in limine must be filed by and noted on the motion calendar for no earlier than fourteen days after filing. Replies will be accepted. | January 5, 2026 |
| Agreed pretrial order due | January 21, 2026 |
| Trial briefs, proposed voir dire questions, and proposed jury instructions, and trial exhibits due | January 28, 2026 |
| Pretrial conference | To be scheduled by the Court |

DATED this 1st day of October, 2025.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Presented by:

FORSBERG & UMLAUF, P.S.

*s/ James D. Hicks*
James D. Hicks, WSBA #36126
jhicks@foum.law
*Counsel for Defendant*

and

Order Granting Stipulated Motion To Extend Deadline for Expert Deposition – 2
Case No.: 2:24-cv-00507-RSL

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
401 UNION STREET • SUITE 1400
SEATTLE, WASHINGTON 98101
(206) 689-8500 • (206) 689-8501 FAX

4905-3606-4364, v. 1

WALSH & WALSH, PLLC

*s/ Christopher M. Walsh*
Christopher M. Walsh, WSBA #59454
PO Box 6876
Tacoma, WA 98417
Ph. 206-704-5653
cwalsh@walshandwalshattornyes.com
*Counsel for Plaintiff*

Order Granting Stipulated Motion To Extend
Deadline for Expert Deposition– 3
Case No.: 2:24-cv-00507-RSL

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
401 UNION STREET • SUITE 1400
SEATTLE, WASHINGTON 98101
(206) 689-8500 • (206) 689-8501 FAX

4905-3606-4364, v. 1